IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLES HENRY, JR.,**

    **Plaintiff,**

v.                                            Case No. 4:14cv405-MW/CAS

**SOUTH EAST PERSONNEL
LEASING, INC.,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation. ECF No. 8.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 3, is **GRANTED** and this cause is **dismissed for improper venue** pursuant to Fed. R. Civ. P. 12(b)(3)."  The Clerk shall close the file.

**SO ORDERED on November 3, 2014.**

                                                    **s/Mark E. Walker          **
                                                    **United States District Judge**